UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER,<br><br>Defendant. | No. 1:18-cv-01181-DAD-BAM<br><br><br><br>ORDER REFERRING MOTION TO MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), defendant's motion to dismiss (Doc. No. 15) is hereby referred to United States Magistrate Judge Barbara A. McAuliffe for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for February 20, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated, to be reset if deemed appropriate by Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated: **January 23, 2019**

UNITED STATES DISTRICT JUDGE

1